UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID BRADLEY,** | ) | FILED: MAY 28, 2008 |
| | ) | Case No. 08CV3061   PH |
| **Plaintiff,** | ) | |
| | ) | Judge   JUDGE ANDERSEN |
| v. | ) | MAGISTRATE JUDGE KEYS |
| | ) | **Magistrate Judge** |
| **P.O. JOHN DOE 1-4, individually, and** | ) | |
| **the CITY OF CHICAGO,** | ) | **Jury Demand** |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

NOW COMES the Plaintiff, David Bradley, by and through his attorneys, Gregory E. Kulis and Associates, and complaining against the Defendants, P.O. John Doe 1-4, individually, and the City of Chicago, as follows.

## COUNT I-EXCESSIVE FORCE

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3) The Plaintiff, David Bradley, at all relevant times was a United States citizen and permanent resident of the State of Illinois.

4) The Defendants, P.O. John Doe 1-4, were at all relevant times duly appointed police officers of the City of Chicago Police Department and, at all relevant times, were acting within their scope of employment and under color of law.

5) On or about May 1, 2008, the Plaintiff was in a lot at 684 W. Garfield, Chicago, Illinois with his brother who is in the Army.

6)　The Plaintiff was stopped by two uniformed police officers.

7)　The Plaintiff cooperated with the arrest.

8)　Defendants John Doe 3-4 appeared on the scene.

9)　The Plaintiff was taken out of the squad car.

10)　After speaking with the Plaintiff's brother, the Defendants told the Plaintiff he had to do fifty pushups to be let go otherwise they would arrest him.

11)　The Plaintiff attempted the pushups and was ordered to shout out the count.

12)　The Plaintiff could not complete the fifty push ups.

13)　Defendant Officer John Doe 1 got impatient and started dropping Plaintiff's body and face into the pavement.

14)　Said use of force was unprovoked.

15)　Said use of force was excessive and unreasonable.

16)　As a result of the force used by the Defendants, the Plaintiff, David Bradley was injured.

17)　The other Defendants stood by and allowed these acts to occur and failed to intervene.

18)　Said actions of the Defendants, P.O. John Doe 1-4, were intentional, willful and wanton.

19)　Said actions of the Defendants, P.O. John Doe 1-4, violated the Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

20)　As a direct and proximate consequence of said conduct of Defendants P.O. John Doe 1-4, the Plaintiff, David Bradley, suffered violations of his constitutional rights, monetary loss, fear, emotional distress, pain and suffering.

WHEREFORE, the Plaintiff, David Bradley, prays for judgment against the Defendants, P.O. John Doe 1-4, jointly and severally, in an amount in excess of THIRTY THOUSAND AND 00/100 ($30,000.00) DOLLARS compensatory damages and TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS punitive damages, plus attorney's fees and costs.

## COUNT II- INDEMNIFICATION

1-18)  The Plaintiff, David Bradley, hereby realleges and incorporates his allegations of paragraphs 1-18 of Count I as his respective allegations of paragraphs 1-18 of Count II as though fully set forth herein.

19)  Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

20)  Defendants P.O. John Doe 1-4 are employees of the City of Chicago Police Department who acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants P.O. John Doe 1-4 be found liable for the acts alleged above, Defendants City of Chicago would be liable to pay the Plaintiff any judgment obtained against said Defendants.

## JURY DEMAND

The Plaintiff, David Bradley, requests a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830