**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>David Bradley,<br>    Plaintiff,<br>v.<br>P.O. John Doe 1-4, individually, and the City of Chicago,<br>    Defendants. | Case Number:<br>FILED: MAY 28, 2008<br>08CV3061    PH<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

David Bradley

| |
|---|
| NAME (Type or print)<br>Shehnaz I. Mansuri |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ Shehnaz I. Mansuri |
| FIRM<br>GREGORY E. KULIS & ASSOCIATES, LTD. |
| STREET ADDRESS<br>30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP<br>Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6256339 | TELEPHONE NUMBER<br>312-580-1830 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐