U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>DAVID BRADLEY<br>v.<br>CITY OF CHICAGO, et al | Case Number: 08 C 3061 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF CHICAGO

| |
|---|
| NAME (Type or print)<br>SANJAY PATEL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ SANJAY PATEL |
| FIRM<br>CITY OF CHICAGO - DEPARTMENT OF LAW |
| STREET ADDRESS<br>30 N. LASALLE ST., SUITE 1400 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272840 | TELEPHONE NUMBER<br>312-742-3902 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐