UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID BRADLEY, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>P.O. DARYL FILICE & JOHN DOES 1-3, )<br>individually, )<br>     Defendants. ) | Case No. 08-C-3061<br><br>Judge Andersen<br><br>Magistrate Judge Keys<br><br>Jury Demand |

## SECOND AMENDED COMPLAINT

NOW COMES the Plaintiff, David Bradley, by and through his attorneys, Gregory E. Kulis and Associates, and complaining against the Defendants, P.O. DARYL FILICE and JOHN DOES 1-3, individually, as follows.

## COUNT I-EXCESSIVE FORCE

1)   This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2)   Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3)   The Plaintiff, DAVID BRADLEY, at all relevant times was a United States citizen and permanent resident of the State of Illinois.

4)   The Defendants, P.O. DARYL FILICE and P.O. JOHN DOES 1-3, were at all relevant times duly appointed police officers of the City of Chicago Police Department and, at all relevant times, were acting within their scope of employment and under color of law.

5)   On or about May 1, 2008, the Plaintiff was in a lot at 654 W. Garfield, Chicago, Illinois with his brother who is in the Army.

6) The Plaintiff was stopped by two uniformed police officers, Defendant P.O. DARYL FILICE and P.O. JOHN DOE 1.

7) The Plaintiff cooperated with the detention.

8) Defendants P.O. JOHN DOES 3-4 appeared on the scene.

9) The Plaintiff was taken out of the squad car.

10) After speaking with the Plaintiff's brother, the Defendants told the Plaintiff he had to do fifty pushups to be let go otherwise they would arrest him.

11) The Plaintiff attempted the pushups and was ordered to shout out the count.

12) The Plaintiff could not complete the fifty pushups.

13) Defendant P.O. DARYL FILICE got impatient and started dropping Plaintiff's body and face into the pavement.

14) Said use of force was unprovoked.

15) Said use of force was excessive and unreasonable.

16) As a result of the force used by DEFENDANT FILICE, the Plaintiff, DAVID BRADLEY, was injured.

17) DEFENDANT P.O. JOHN DOES 1-3 stood by and allowed these acts to occur and failed to intervene.

18) Said actions of the Defendants, P.O. DARYL FILICE and P.O. JOHN DOES 1-3, were intentional, willful and wanton.

19) Said actions of the Defendants, P.O. DARYL FILICE and P.O. JOHN DOES 1-3, violated the Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

20) As a direct and proximate consequence of said conduct of Defendants P.O. DARYL FILICE and P.O. JOHN DOES 1-3, the Plaintiff, DAVID BRADLEY, suffered violations of his constitutional rights, monetary loss, fear, emotional distress, pain and suffering.

WHEREFORE, the Plaintiff, DAVID BRADLEY, prays for judgment against the Defendants, P.O. DARYL FILICE and P.O. JOHN DOES 1-3, jointly and severally, in an amount in excess of THIRTY THOUSAND AND 00/100 ($30,000.00) DOLLARS compensatory damages and TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS punitive damages, plus attorney's fees and costs.

## JURY DEMAND

The Plaintiff, DAVID BRADLEY, requests a trial by jury.

Respectfully submitted,

/s/ Ronak Patel

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830