UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DAVID BRADLEY,** ) | |
| ) | **Case No. 08-C-3061** |
|       **Plaintiff,** ) | |
| ) | **Judge Andersen** |
| **v.** ) | |
| ) | **Magistrate Judge Keys** |
| **P.O. DARYL FILICE & JOHN DOES 1-3,** ) | |
| individually, ) | **Jury Demand** |
|       **Defendants.** ) | |

## NOTICE OF FILING

To:    Sanjay Patel
          City of Chicago-Department of Law
          30 North LaSalle St. Suite 1400
          Chicago, IL 60602

PLEASE TAKE NOTICE that on this 5th day of August 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **SECOND AMENDED COMPLAINT.**

                                            /s/ Ronak D. Patel
                                            GREGORY E. KULIS & ASSOCIATES, LTD.

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 5th day of August 2008, I, RONAK D. PATEL, an attorney, served the attached documents upon the aforementioned address by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

                                            /s/ Ronak D. Patel

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**