UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID BRADLEY, ) | |
| ) | Case No. 08-C-3061 |
| Plaintiff, ) | |
| ) | Judge Andersen |
| v. ) | |
| ) | Magistrate Judge Keys |
| P.O. DARYL FILICE & JOHN DOES 1-3, ) | |
| individually, ) | Jury Demand |
| Defendants. ) | |

**CORRECTED NOTICE OF MOTION**

To:   Sanjay Patel
      City of Chicago-Department of Law
      30 North LaSalle St. Suite 1400
      Chicago, IL 60602

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Andersen on the 4th day of September, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, and then and there present the **SECOND AMENDED COMPLAINT,** a copy of which is attached hereto.

/s/ Ronak D. Patel
GREGORY E. KULIS & ASSOCIATES, LTD.

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 26th day of August 2008, I, RONAK D. PATEL, an attorney, served the attached documents upon the aforementioned address by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**