UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DAVID BRADLEY,** ) | |
| ) | **Case No. 08-C-3061** |
| **Plaintiff,** ) | |
| ) | **Judge Andersen** |
| v. ) | |
| ) | **Magistrate Judge Keys** |
| **P.O. DARYL FILICE & JOHN DOES 1-3,** ) | |
| individually, and the **CITY OF CHICAGO** ) | **Jury Demand** |
| ) | |
| **Defendants.** ) | |

## CORRECTED NOTICE OF FILING

To:  Sanjay Patel
     City of Chicago-Department of Law
     30 North LaSalle St. Suite 1400
     Chicago, IL 60602

PLEASE TAKE NOTICE that on this 4th day of September 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **SECOND AMENDED COMPLAINT.**

/s/ Ronak D. Patel
GREGORY E. KULIS & ASSOCIATES, LTD.

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 4th day of September 2008, I, RONAK D. PATEL, an attorney, served the attached documents upon the aforementioned address by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**