UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID BRADLEY, ) | |
| ) | Case No. 08-C-3061 |
| Plaintiff, ) | |
| ) | Judge Andersen |
| v. ) | |
| ) | Magistrate Judge Keys |
| P.O. JOSEPH KEIM #6315, P.O. WILLIAM ) | |
| ORSA #17885, P.O. JASON BOETTCHER ) | Jury Demand |
| #13670, P.O. JERRY DOSKOCZ #6573, ) | |
| individually, and the CITY OF CHICAGO ) | |
| ) | |
| Defendants. ) | |

## THIRD AMENDED COMPLAINT

NOW COMES the Plaintiff, DAVID BRADLEY, by and through his attorneys, Gregory E. Kulis and Associates, and complaining against the Defendants, P.O. JOSEPH KEIM #6315, P.O. WILLIAM ORSA #17885, P.O. JASON BOETTCHER #13670, and P.O. JERRY DOSKOCZ #6573, individually, and the CITY OF CHICAGO, as follows.

## COUNT I-EXCESSIVE FORCE/FAILURE TO INTERVENE

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3) The Plaintiff, DAVID BRADLEY, at all relevant times was a United States citizen and permanent resident of the State of Illinois.

4) The Defendants, P.O. JOSEPH KEIM #6315, P.O. WILLIAM ORSA #17885, P.O. JASON BOETTCHER #13670, and P.O. JERRY DOSKOCZ #6573, were at all relevant times duly

appointed police officers of the City of Chicago Police Department and, at all relevant times, were acting within their scope of employment and under color of law.

5) On or about May 1, 2008, the Plaintiff was in a lot at 654 W. Garfield, Chicago, Illinois with his brother who is in the Army.

6) The Plaintiff was stopped by two of the Defendants.

7) The Plaintiff cooperated with the detention.

8) The other two Defendants appeared on the scene.

9) The Plaintiff was taken out of the squad car.

10) After speaking with the Plaintiff's brother, the Defendants told the Plaintiff he had to do fifty pushups to be let go otherwise they would arrest him.

11) The Plaintiff attempted the pushups and was ordered to shout out the count.

12) The Plaintiff could not complete the fifty pushups.

13) One of the Defendants became impatient and started dropping Plaintiff's body and face into the pavement.

14) Said use of force was unprovoked.

15) Said use of force was excessive and unreasonable.

16) The other Defendants observed this use of force and failed to intervene, allowing these acts to occur.

17) As a result of the actions and inactions of the Defendants, the Plaintiff, DAVID BRADLEY, was injured.

18) Said actions of the Defendants, P.O. JOSEPH KEIM #6315, P.O. WILLIAM ORSA #17885, P.O. JASON BOETTCHER #13670, and P.O. JERRY DOSKOCZ #6573, were intentional, willful and wanton.

19) Said actions of the Defendants, P.O. JOSEPH KEIM #6315, P.O. WILLIAM ORSA #17885, P.O. JASON BOETTCHER #13670, and P.O. JERRY DOSKOCZ #6573, violated the

Plaintiff's Fourth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

20) As a direct and proximate consequence of said conduct of Defendants, P.O. JOSEPH KEIM #6315, P.O. WILLIAM ORSA #17885, P.O. JASON BOETTCHER #13670, and P.O. JERRY DOSKOCZ #6573, the Plaintiff, DAVID BRADLEY, suffered violations of his constitutional rights, monetary loss, fear, emotional distress, pain and suffering.

WHEREFORE, the Plaintiff, DAVID BRADLEY, prays for judgment against the Defendants, P.O. JOSEPH KEIM #6315, P.O. WILLIAM ORSA #17885, P.O. JASON BOETTCHER #13670, and P.O. JERRY DOSKOCZ #6573, jointly and severally, in an amount in excess of THIRTY THOUSAND AND 00/100 ($30,000.00) DOLLARS compensatory damages and TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS punitive damages, plus attorney's fees and costs.

## COUNT II- INDEMNIFICATION

1-18) The Plaintiff, DAVID BRADLEY, hereby re-alleges and incorporates his allegations of paragraphs 1-18 of Count I as his respective allegations of paragraphs 1-18 of Count II as though fully set forth herein.

19) Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

20) Defendants P.O. JOSEPH KEIM #6315, P.O. WILLIAM ORSA #17885, P.O. JASON BOETTCHER #13670, and P.O. JERRY DOSKOCZ #6573 are employees of the City of Chicago Police Department who acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants P.O. JOSEPH KEIM #6315, P.O. WILLIAM ORSA #17885, P.O. JASON BOETTCHER #13670, and P.O. JERRY DOSKOCZ #6573 be found liable for the acts alleged above, Defendant CITY OF CHICAGO would be liable to pay the Plaintiff any judgment obtained against said Defendants.

## **JURY DEMAND**

The Plaintiff, DAVID BRADLEY, requests a trial by jury.

Respectfully submitted,

/s/ Ronak Patel

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830

4